IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ADAM FLETCHER YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-06-146-D |
| | ) | |
| GARFIELD COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court for review of two orders issued by United States Magistrate Judge Doyle W. Argo: Order of December 12, 2007 [Doc. No. 110]; and Order of January 4, 2008 [Doc. No. 120]. Plaintiff has filed timely objections/motions to reconsider these orders [Doc. Nos. 116, 127]. The Court must consider timely objections to nondispositive pretrial matters, *see* Fed. R. Civ. P. 72(a); and may reconsider, modify, or set aside any part of the orders shown to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Regarding the December 12 Order, Plaintiff asks the Court to review Judge Argo's denial of numerous motions filed by Plaintiff requesting the following relief: for appointment of counsel [Doc. No. 86]; for enlargement of time [Doc. No. 96]; for certain documents to be filed under seal [Doc. No. 97]; for a telephonic status conference [Doc. No. 98]; to compel discovery [Doc. No. 99]; to exceed the number of discovery requests permitted by federal rules [Doc. No. 100] ; and for a 90-day extension of time to respond to Defendants' dispositive motions [Doc. No. 109]. The Court has carefully considered Plaintiff's arguments, including those presented in his amended objection

[Doc. No. 117].  Plaintiff has failed to identify any ruling by Judge Argo that is clearly erroneous or contrary to law.  Accordingly, Plaintiff's motion to reconsider these rulings will be denied.

As to the January 4 Order, Plaintiff asks the Court for relief from Judge Argo's ruling on a scheduling matter, namely, the deadline for Plaintiff to file his summary judgment responses.  This is an improper use of a party's right to object to a magistrate judge's pretrial rulings.  Moreover, upon consideration of the issues raised by Plaintiff, the Court declines to alter Judge Argo's ruling.

IT IS THEREFORE ORDERED that Plaintiff's objections/motions to reconsider [Doc. No. 116, 127] are DENIED.  In addition, Defendants' Motion to Strike Plaintiff's Objection to the Magistrate Judge's Order [Doc. No. 125] is DENIED as moot.

IT IS SO ORDERED this  2nd  day of  May , 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE